Case 2:26-cv-02030-JWB-JBW    Document 19    Filed 05/21/26    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SEAN ANTHONY SUTTINGTON,

      Plaintiff,

v.

STATE OF KANSAS, et al.,

      Defendants.

Case No. 26-CV-2030-JWB-JBW

## ORDER

This matter is before the Court on Plaintiff's "Motion to file Disposition and Interrogatory" (Dkt. 17). The Court construes Plaintiff's motion as requesting permission to serve thirteen proposed interrogatories (two with subparts). Federal Rule of Civil Procedure 26(d)(1) provides that a "party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)," except in exempt proceedings, by stipulation, or court order. Interrogatories to be served under Rule 33 are discovery subject to the timing restrictions in Rule 26(d)(1).

The Court has not completed its screening of Plaintiff's Amended Complaint (Dkt. 16), which asserts claims against more than forty defendants, so no defendant has been served in this case. The Court has not yet held a scheduling conference or required the parties to hold a Rule 26(f) planning conference. Plaintiff's request for permission to serve discovery—in the form of his proposed interrogatories—is therefore premature at this time.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for permission to serve interrogatories (Dkt. 17) is **denied without prejudice**.

IT IS SO ORDERED.

Dated May 21, 2026, at Kansas City, Kansas.

Jennifer B. Wieland
U. S. Magistrate Judge